# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY ANDLABORERS HEALTH AND WELFARE TRUST, *et al*., | Case No. 2:10-CV-01600-KJDPAL |
| Plaintiffs, | **ORDER** |
| v. | |
| CONCRETE CORING OF NEVADA, INC., *et al*., | |
| Defendants. | |

Presently before the Court is Plaintiffs' Opening Trial Brief (#29) for judgment against Defendant Old Republic Surety Company ("Old Republic"). Though the time for doing so has passed Defendant Old Republic has failed to file a response in opposition to the motion for judgment. Having read and considered the motion, and no material question of fact being found that prevents entry of judgment, and in accordance with Local Rule 7-2(d), the Court grants Plaintiffs' motion. Defendant Concrete Coring of Nevada failed to pay contributions to the Trust Funds as required by the Master Labor Agreement Proxy. Judgment having been entered against Concrete Coring of Nevada, $8,750 remains unpaid. Old Republic is a surety that issued a bond in the amount of $10,000 for Concrete Coring of Nevada's license and covers wage claims such as Trust Fund

1 contributions.  Plaintiffs have expended an additional amount of $6,133 in attorneys fees and costs
2 since entry of judgment against Concrete Coring.  Therefore, finding the additional attorneys fees and
3 costs reasonable and necessary, the Court awards the costs and fees in addition to the outstanding
4 $8,750.  Old Republic has failed to oppose Plaintiffs' motion that it is liable for the outstanding
5 amount up to the $10,000 penal sum of the bond.
6      Accordingly, IT IS HEREBY ORDERED that **Judgment** is **GRANTED** for Plaintiffs and
7 against Defendant Old Republic in the amount of $10,000;
8      IT IS FURTHER ORDERED that the Clerk fo the Court enter **JUDGMENT** for Plaintiffs
9 and against Defendant Old Republic Surety Company in the amount of $10,000.00.
10      DATED this 14th day of December 2012.

_____
Kent J. Dawson
United States District Judge